RECEIVED
IN MONROE, LA
JUL 2 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 07-30042 |
| VERSUS | * | JUDGE JAMES |
| A.J. ELLIS | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, having been advised by counsel that no objections will be filed, and finding that the Report and Recommendation is by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Defendant's Motion to Suppress (Doc. #27) is **GRANTED**. IT IS FURTHER ORDERED that all of the evidence discovered in the Defendant's house on October 11, 2007, including any statements made by the defendant after his arrest, be **SUPPRESSED**.

THUS DONE AND SIGNED this __2__ day of July, 2008, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION